

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00121-CR

| | | |
|---|---|---|
| Alan Leslie Balderamos | § | From the 372nd District Court |
| | § | of Tarrant County (1090421D) |
| v. | § | March 13, 2014 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
     Justice Sue Walker